FILED

2006 APR 24 PM 3:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHERY DUFFY,

       Plaintiff,

       v

SAN FRANCISCO POLICE DEPARTMENT et al,

       Defendants.

No   C-02-2250 VRW

ORDER

       Plaintiff's attorney, Stanley G Hilton, has discharged the requirements set forth in this court's April 12, 2006 order. Doc ##90-91. The matter remains submitted before the court's Standing Committee on Professional Conduct.

       IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER
United States District Chief Judge